IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-00013-MSK-MJW

MATTHEW BRADLEY,

    Plaintiff,

v.

U.S. FEDERAL BUREAU OF PRISONS (AGENCY),
MR. DAVID BERKEBILE, Warden ADX,
DR. NIXON ROBERTS, Dentist/ADX Florence, and
MR. PELTON, Health Services Administrator,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Text Order by Chief Judge Marcia S. Krieger (**Doc. #65**) filed on March 12, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #63**) to grant Motion to Dismiss (**Doc. #57**), it is

ORDERED that:

The Recommendation of Magistrate Judge Mix (**Doc. #63**) is **ADOPTED**. All claims are DISMISSED with prejudice.

The case will be closed.

Dated this 13th day March, 2015.

                                      ENTERED FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk